FILED

18 JUN 14 AM 11: 34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-CR-1689-DMS |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE AND EXONERATE THE BOND** |
| RODOLFO GARZA-GUZMAN, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice and bond be exonerated.

IT IS SO ORDERED.

DATED: June _14_ , 2018.

_____
HONORABLE DANA M. SABRAW
United States District Judge